UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-78-D1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM ROGER SWAIN, JR. | ORDER TO SEAL |

On motion of the Defendant, William Roger Swain, Jr., and for good cause shown, it is hereby ORDERED that DE 49 be sealed until further notice by this Court.

IT IS SO ORDERED.

This _15_ day of October, 2021.

JAMES C. DEVER III
United States District Judge